IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MELISSA FAIN,                            )
                                         )
    Plaintiff,                           )
                                         )
vs.                                      )    CA 17-0349-MU
                                         )
DISCOVER FINANCIAL                       )
SERVICES, INC.,                          )
                                         )
    Defendant.                           )

## ORDER

This action is before the Court on notice from the parties that this action has settled, but additional time is necessary to finalize the settlement documents. (Doc. 28). Accordingly, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure,[1] the above-styled action is **DISMISSED with prejudice** from the active docket of this Court subject to the right of either party to reinstate the action within thirty (30) days of the date of this Order should the settlement agreement not be completed.

**DONE** and **ORDERED** this the **23rd** day of **January, 2018**.

                                      s/P. BRADLEY MURRAY
                                      **UNITED STATES MAGISTRATE JUDGE**

---

[1] "Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).